# EXHIBIT A

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**  Reg. No. 1,349,997
Registered July 16, 1985

## SERVICE MARK
### PRINCIPAL REGISTER

### TILT

NICKELS AND DIMES INCORPORATED (ILLINOIS CORPORATION)
8350 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

FOR: PROVIDING AMUSEMENT ARCADE GAME FACILITY ENTERTAINMENT SERVICES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 2-0-1977; IN COMMERCE 2-0-1977.

SUBJECT TO CONCURRENT USE PROCEEDINGS WITH TILT, INC. APPLICANT CLAIMS EXCLUSIVE USE OF THE MARK FOR THE ENTIRE U.S. WITH THE EXCEPTION OF SOUTH DAKOTA, NORTH DAKOTA AND MONTANA.

SER. NO. 410,259, FILED 1-21-1983.

JAMES H. JOHNSON, EXAMINING ATTORNEY



# TILT

| | |
|---|---|
| **Reg. No. 4,758,443** | NICKELS AND DIMES INCORPORATED (ILLINOIS CORPORATION) <br> 4534 OLD DENTON ROAD |
| **Registered June 23, 2015** | CARROLLTON, TX 75010 |
| **Int. Cl.: 41** | FOR: PROVIDING AMUSEMENT ARCADE GAME FACILITY ENTERTAINMENT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| **SERVICE MARK** | FIRST USE 2-0-1977; IN COMMERCE 2-0-1977. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 1,349,997. |
| | SER. NO. 86-235,796, FILED 3-28-2014. |
| | JULIE VEPPUMTHARA, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# TILT STUDIO

**Reg. No. 4,082,468**  
**Registered Jan. 10, 2012**  
**Int. Cls.: 35, 41 and 43**  

**SERVICE MARK**  

**PRINCIPAL REGISTER**

NICKELS AND DIMES INCORPORATED (ILLINOIS CORPORATION)  
4534 OLD DENTON ROAD  
CARROLLTON, TX 75010

FOR: CONCESSION STANDS FEATURING FOOD AND SOUVENIRS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-15-2010; IN COMMERCE 4-15-2010.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF AMUSEMENT ARCADE GAME FACILITIES; ENTERTAINMENT SERVICES IN THE NATURE OF INDOOR AMUSEMENT COMPLEXES; ENTERTAINMENT IN THE NATURE OF AMUSEMENT PARK RIDES; ENTERTAINMENT SERVICES, NAMELY, ARRANGING AND PROVIDING RIDES AND THEME PARK ATTRACTIONS FOR CHILDREN, MINIATURE GOLF FACILITIES, AND BOWLING ALLEYS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-15-2010; IN COMMERCE 4-15-2010.

FOR: PROVIDING FOOD AT AMUSEMENT PARKS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-224,579, FILED 1-24-2011.

DAVID C. REIHNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

  *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

  *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.