# EXHIBIT B



| DATE:<br>09/18/2003 | DOCUMENT ID<br>200326100158 | DESCRIPTION<br>TRADE NAME/ORIGINAL FILING (RNO) | FILING<br>50.00 | EXPED<br>.00 | PENALTY<br>.00 | CERT<br>.00 | COPY<br>.00 |

### Receipt
This is not a bill. Please do not remit payment.

SC WASH & TAN, LTD.
261 W. JOHNSTOWN RD.
COLUMBUS, OH 43230

# STATE OF OHIO

## Ohio Secretary of State, J. Kenneth Blackwell

### 1411600

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**TILT AMUSEMENTS**

and, that said business records show the filing and recording of:

Document(s)                                    Document No(s):
**TRADE NAME/ORIGINAL FILING**                 **200326100158**

Date of First Use:      09/02/2003        SC WASH & TAN LTD.
Expiration Date:        09/17/2008        261 W. JOHNSTOWN RD.
                                          COLUMBUS, OH 43230



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of
the Secretary of State at Columbus,
Ohio this 17th day of September,
A.D. 2003.

*J Kenneth Blackwell*

Ohio Secretary of State

Page 1



Prescribed by **J. Kenneth Blackwell**

Ohio Secretary of State

Central Ohio: (614) 466-3910

Toll Free: 1-877-SOS-FILE (1-877-767-3453)

www.state.oh.us/sos

e-mail: busserv@sos.state.oh.us

2003 SEP 17 PM 1: 14

| Expedite this Form: (Select One) | |
|---|---|
| ○ Yes | PO Box 1390<br>Columbus, OH 43216<br>*** Requires an additional fee of $100 *** |
| ● No | PO Box 670<br>Columbus, OH 43216 |

## NAME REGISTRATION
*(For Domestic/Foreign Profit or Non-Profit)*
Filing Fee $50.00

THE UNDERSIGNED HEREBY STATES THE FOLLOWING:

**(CHECK ONLY ONE (1) BOX)**

| (1) ☒ Trade Name<br>(167-RNO)<br>Date of first use    09-02-03<br>          MM/DD/YYYY | (2) ☐ Fictitious Name<br>(169-NFO) | (3) ☐ Name Reservation<br>(160-NRO)<br>☐ Original<br>☐ Renewal Registration No. |
|---|---|---|

**Complete the information in this section if box (1) or (2) is checked.**

The exact name being registered or reported is     Tilt Amusements

### The Registrant is (Check Appropriate Box)

☐ Individual

☐ Limited Partnership: Reg. No.

☒ Ohio Limited Liability Co., Reg. No.    1085299

☐ Ohio Corporation, Charter No.

☐ General Partnership

☐ Other

☐ Foreign Corporation incorporated in the state of

holding Ohio license no.

☐ Unincorporated Association

☐ Foreign Limited Liability Co. holding Ohio Reg. No.

organized in the state of

The name of the registrant designated above is

SC Wash & Tan Ltd.

**NOTE:** Where the registrant is a partnership, the name of the partnership must appear on this line. If the registrant is a foreign corporation licensed in Ohio under an assumed name, both the assumed name and actual corporate title of such corporation must appear on this line.

The business address of the registrant is

261 W. Johnstown Road

*(Street)*     NOTE: P.O. Box Addresses are NOT acceptable.

| Columbus | Franklin | Ohio | 43230 |
|---|---|---|---|
| *(City)* | *(County)* | *(State)* | *(Zip Code)* |

534           Page 1 of 1           Last Revised: May 2002

**Complete the information in this section if box (1) or (2) is checked Cont..**

Complete only if registrant is a general partnership
**NAME OF ALL GENERAL PARTNERS**          **COMPLETE RESIDENTIAL ADDRESSES (including zip code)**

_____          _____

_____          _____

NOTE:  Pursuant to OAG 89-081, if a general partner is a foreign (out-of-state) corporation, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation licensed in Ohio under an assumed name, please note both the assumed name and actual corporate title of such general partner.

The nature of the business conducted by the registrant under the trade or fictitious name is (please be specific)

   Sales of Pinball Machines, model trains, baseball cards, etc.

---

**Complete the information in this section if box (3) is checked.**

☐ Please reserve the name listed below.  (only one name per form)

☐ Please reserve the first name available in the order of my preference.

I understand that I am not guaranteed the reservation **UNTIL I RECEIVE WRITTEN CONFIRMATION FROM THE SECRETARY OF STATE'S OFFICE STATING THAT THE NAME HAS BEEN REGISTERED TO ME.**

The name reservation is valid for a period of 180 days.

_____
*(First Choice)*

_____
*(Second Choice)*

_____
*(Third Choice)*

_____          _____
*(Applicant)*                        *(Print Name)*

_____
*(Address)*

_____
*(City, State and Zip Code)*

---

**REQUIRED**
Must be authenticated **(signed)**
by an authorized representative
**(See Instructions)**

Authorized Representative    Peter Poses          Date  9-15-03

Authorized Representative          Date

534          Page 1 of 1          Last Revised:  May 2002