# EXHIBIT C

 (http://www.tiltamusements.com/index.php)

Home (index.php) | About (aboutus.php) | Contact (contactus.php) | New Pinball
Used Pinball (usedpinball.php) | Other Coin-op (arcade.php) | Service | Tournaments | Links (links.php)

# Welcome to TILT Amusements!

Sales & Repairs: Call 740-803-2276 (tel:17408032276) or click here (contactus.php)



More about Aerosmith™ LE (aerosmithle.php)

TILT Amusements is the #1 resource for pinball enthusiasts, venue managers and home pinball seekers to browse, buy, troubleshoot and find out more about pinball machines. Whether you maintain a fleet of machines across multiple states or are looking to purchase your first pinball for your family, TILT is delighted to help. We're owned and operated by pinball enthusiasts, we love pinball, and we want to cultivate that enthusiasm in other people.

## Pinball for enthusiasts, by enthusiasts.

What makes a person a pinball enthusiast? Lots of people love pinball and enjoy playing the games for the challenge, the fun of exploration, the bragging rights - and in our highly digitized age the pinball machine is a perfect combination of computer technology and physical (sometimes VERY physical, if you've ever carried one up a flight of stairs) interaction. If you remember playing them as a kid, or have fond memories of that cool uncle who had one in his basement, then you get it.

Pinball takes up most of the day, every day, for us - buying, selling, repairing, installing, and most importantly, PLAYING - we participate in tournaments all over the world several times a year. Playing, and wanting to play, is what matters most - not how well, or how many machines you own.

Choose a navigation selection to look at available new and used pinball machines and other amusements, to browse photos of the machines and of various pinball tournaments and other events, or to get advice on how to best maintain your machines. Be sure to check out the advice in the Service Q & A (askrepair.php) section if you're having a problem with a machine or if you're just curious about what makes pinball machines tick.

If you have any questions, issues or problems be sure to send us feedback via the Contact us (contactus.php) form.

WALL STREET JOURNAL WRITEUP: New Pinball Wizardry Keeps the Game Rolling in the Internet Age (http://online.wsj.com/articles/new-pinball-wizardry-keeps-the-game-rolling-in-the-internet-age-1410402605)

(from the article) Audio of John Miller talking about pinball (http://media.marketwatch.com/audio/20140911/ihmillerpinball0910/ihmillerpinball0910.mp3) - click the link to listen to the audio.

DID YOU KNOW?: Tilt Amusements was the #1 Stern Pinball (http://www.sternpinball.com) distributor in the USA in 2011, 2012, AND 2013!

TILT AMUSEMENTS, INC ©2008-2018 OTHER ©, ™, AND ® FULLY RETAINED BY THEIR RESPECTIVE OWNERS.

TILT AMUSEMENTS BUYS AND SELLS ALL COIN-OP EQUIPMENT

IFPA (HTTP://WWW.IFPAPINBALL.COM/) MEMBER AND COMPETITOR (HTTP://WWW.IFPAPINBALL.COM/PLAYER.PHP?PLAYER_ID=10) - IFPA TOP PLAYER OF 2012!

**740-803-2276 | TRENT@MIDOHIO.NET (MAILTO:TRENT@MIDOHIO.NET)**

## NILES, OH

### EASTWOOD MALL

5555 Youngstown Warren Rd
Niles, OH 44446

**Hours:**
Mon-Thurs: 10:00 AM – 9:00 PM
Fri-Sat: 10:00 AM – 10:00 PM
Sunday: 11:00 AM – 7:00 PM

Get Directions

(234) 228-7677

MORE INFO

View Our Exclusive Offers

## TILT STUDIO LOCATIONS

- Altoona, PA
- Beaumont, TX
- Gurnee, IL
- Hagerstown, MD
- St Clairsville, OH
- Joplin, MO
- Katy, TX
- Marlborough, MA
- Newport News, VA
- Niles, OH
- Indianapolis, IN
- Tempe, AZ
- Voorhees, NJ

## CAREERS AT TILT STUDIO

## CONTACT THE CORPORATE OFFICE

**PHONE**
800-800-2646